IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

```
STEPHEN MANKUS                       :    CIVIL ACTION
                                     :
        V.                           :    NO. 02-3425
                                     :
SWAN REEFER I A.S.                   :
DEL MONTE FRESH PRODUCE, INC.        :
```

O R D E R

**AND NOW**, this 12th day of August, 2002, the parties having stipulated to the filing of an amended complaint, **IT IS HEREBY ORDERED** that plaintiff's motion for leave to amend complaint (Document No. 10) is **DENIED AS MOOT.**

_____
William H. Yohn, Jr., Judge