IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STEPHEN MANKUS | : | CIVIL ACTION |
| | : | |
| V. | : | NO. 02-3425 |
| | : | |
| SWAN REEFER I A.S. | : | |
| DEL MONTE FRESH PRODUCE, INC. | : | |

O R D E R

**AND NOW**, this 10th day of March, 2003, upon consideration of the request of the parties to pursue private mediation, **IT IS HEREBY ORDERED** that the trial in this action is **CONTINUED** until **May 19, 2003 at 10:00 a.m.**

_____
William H. Yohn, Jr., Judge