IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEPHEN MANKUS : | |
| v. : | |
| SWAN REEFER I A.S. : | CIVIL ACTION |
| and : | |
| DEL MONTE FRESH PRODUCE, INC. : | |
| and : | No. 02-cv-03425 |
| LAURITZEN REEFERS A/S : | |
| and : | |
| DEL MONTE FRESH PRODUCE : | |
| INTERNATIONAL, INC. : | |

## ENTRY OF APPEARANCE

TO THE CLERK:

Kindly enter our appearance on behalf of defendant Swan Reefer I A/S in the above-captioned matter.

Respectfully submitted,

RAWLE & HENDERSON LLP

By: _____
Carl D. Buchholz, III, Esquire
Michael P. Zipfel, Esquire
Attorneys for Defendant,
Swan Reefer I A/S

Rawle & Henderson LLP
One S. Penn Square, 16th Floor
The Widener Building
Philadelphia, PA 19107
Phone: 215-575-4200
Fax:   215-563-2583

Dated:  April 23, 2003

810933 v.1

**CERTIFICATE OF SERVICE**

      I, Carl D. Buchholz, III, Esquire, do hereby certify that a copy of defendant Swan Reefer I A/S' Entry of Appearance has been served via first class mail, postage pre-paid to the following of record:

      Alfred Smith, Esquire
Alfred Smith & Associates
1333 Race Street, 2nd Floor
Philadelphia, PA 19107
***(Attorneys for Plaintiff Stephen Mankus)***

      A. Robert Degen, Esquire
FOX, ROTHSCHILD, O'BRIEN & FRANKEL
2000 Market Street, Tenth Floor
Philadelphia, PA 19103-3291

      _____
Carl D. Buchholz, III, Esquire

Dated: April 23, 2003

810933 v.1