IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STEPHEN MANKUS | : | CIVIL ACTION |
| | : | |
| V. | : | NO. 02-3425 |
| | : | |
| SWAN REEFER I A.S. | : | |
| DEL MONTE FRESH PRODUCE, INC. | : | |

## O R D E R

**AND NOW**, this 29th day of May, 2003, upon consideration of plaintiff's motion *in limine* to exclude evidence and the defendant's response thereto, **IT IS HEREBY ORDERED** that the motion is **DENIED** without prejudice to the right of the plaintiff to conduct additional discovery, as he wishes, with reference to the surveillance videos, the report of Dr. Staller and the videotape of the M/V Tundra Princess and, if the plaintiff cannot complete the discovery in a timely manner before the trial date, to request a continuance of the trial date.

**IT IS FURTHER ORDERED** that the court reserves a decision with reference to the relevancy and similarity issues raised concerning the videotape of the M/V Tundra Princess until the time of trial, at which point the issues will be resolved outside the presence of the jury.

_____
William H. Yohn, Jr., Judge