```
                UNITED STATES DISTRICT COURT FOR THE
                   EASTERN DISTRICT OF PENNSYLVANIA
```

```
_____
STEPHEN MANKUS                      :
          Plaintiff                 :
     v.                             :    No. 02-3425
SWAN REEFER I A.S.                  :
          and                       :
LAURITZEN REEFERS A/S               :
          and                       :
DEL MONTE FRESH PRODUCE             :
INTERNATIONAL, INC.                 :    JURY TRIAL DEMANDED
          Defendants                :
_____
```

### INTERROGATORIES TO JURY

1. Was the defendant shipowner Swan Reefer I A/S, negligent?

    _____Yes           _____No

    If your answer is "Yes" go onto the next question.
    If your answer is "No", return to the Courtroom.

2. Was the shipowner's negligence a proximate cause of the injury to Mr. Mankus?

    _____Yes            _____No

    If your answer is "yes" go onto the next question.
    If your answer is "No" return to the Courtroom.

3. Was the plaintiff, Mr. Mankus, contributorily negligent?

    _____Yes            _____No

    If your answer to Question #3 is **"no,"** do not answer questions #4 and #5, go to question #6.  If your answer to Question #3 is **"yes,"** then answer questions #4 and #5.

4.   Was Mr. Mankus' contributory negligence a proximate cause of his injuries?

       _____Yes              _____No

5.   If you answered Nos 3 and 4, "Yes" in what degree was Mr. Mankus responsible for his injuries?

       _____%

6.   What is the total amount of damages you believe should be awarded to Mr. Mankus, **without** any reduction for any contributory or comparative negligence?

| | |
|---|---|
| Past wage loss | $_____ |
| Impairment of future earning capacity | $_____ |
| Past pain and suffering | $_____ |
| Future pain and suffering | $_____ |
| Loss of life's pleasures | $_____ |
| Total | $_____ |

Please enter the **total** amount of any award you find fairly and adequately compensates plaintiff for the injuries plaintiff has suffered.  The Court will reduce the award by whatever percentage you find Mr. Mankus to be at fault.