IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STEPHEN MANKUS | : | CIVIL ACTION |
| | : | |
| V. | : | NO. 02-3425 |
| | : | |
| SWAN REEFER I A.S. | : | |

O R D E R

**AND NOW**, this 18th day of June, 2003, upon consideration of the defendant's motion for reconsideration (Document No. 51) and the plaintiff's response thereto, **IT IS HEREBY ORDERED** that the motion is **DENIED**.

**IT IS FURTHER ORDERED** that defendant's request that the court amend its order to state that an immediate appeal is warranted in accordance with 28 U.S.C. § 1292(b) is **DENIED**.

_____
William H. Yohn, Jr., Judge