IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STEPHEN MANKUS | : | CIVIL ACTION |
| | : | |
| V. | : | NO. 02-3425 |
| | : | |
| SWAN REEFER I A.S. | : | |

O R D E R

**AND NOW**, this 22nd day of August, 2003, upon consideration of the illness of plaintiff's counsel, **IT IS HEREBY ORDERED** that the trial is **CONTINUED** until **November 17, 2003 at 10:00 a.m.**

_____
William H. Yohn, Jr., Judge