IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STEPHEN MANKUS | : | CIVIL ACTION |
| | : | |
| V. | : | NO. 02-3425 |
| | : | |
| SWAN REEFER I A.S. | : | |

O R D E R

**AND NOW**, this 4th day of December, 2003, upon request of counsel, **IT IS HEREBY ORDERED** that a hearing in connection with the settlement of this action is SCHEDULED for **December 9, 2003 at 2:30 p.m. in Courtroom 14-B, U.S. Courthouse, 601 Market Street, Philadelphia, PA  19106**.

_____
William H. Yohn, Jr., Judge